UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY DUNN, individually and on behalf of all others similarly situated,<br><br>PlaintiffS,<br><br>v.<br><br>CARENEXA, LLC fka BLACKFLY INVESTMENTS, LLC, dba MOLECULAR TESTING LABS, and NTIRETY, INC.,<br><br>DefendantS. | NO. 3:25-cv-5952<br><br>**NOTICE OF RELATED CASES** |

Plaintiff Dunn hereby provides notice, pursuant to Local Rule 3(g)(1), of the cases related to the above-captioned matter, styled as:

1. *Theressa Rankins v. CareNexa, LLC f/k/a Blackfly Investments, LLC d/b/a Molecular Testing Labs and Ntirety, Inc.,* Case No. 2:25-cv-02086, not yet assigned.

Dated: October 24, 2025

**TOUSLEY BRAIN STEPHENS PLLC**

*/s/Joan M. Pradhan*
Joan M. Pradhan, WSBA #58134
jpradhan@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Tel: (206) 682-5600/Fax: (206) 682-2992

NOTICE OF RELATED CASES - 1

Kenneth J. Grunfeld (*pro hac vice* forthcoming)
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Blvd.
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
grunfeld@kolawyers.com

*Counsel for Plaintiff and Proposed Class*

NOTICE OF RELATED CASES - 2