UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| THERESSA RANKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARENEXA, LLC F/K/A BLACKFLY INVESTMENTS, LLC D/B/A MOLECULAR TESTING LABS; and NTIRETY, INC.,<br><br>Defendants. | Case No. 2:25-cv-02086-GJL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT NTIRETY, INC.'S STIPULATED MOTION FOR STAY OF RESPONSIVE PLEADINGS PENDING CONSOLIDATION<br><br>NOTE ON MOTION CALENDAR: March 19, 2026 |
| JEFFREY DUNN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARENEXA, LLC F/K/A BLACKFLY INVESTMENTS, LLC D/B/A MOLECULAR TESTING LABS; and NTIRETY, INC.,<br><br>Defendants. | Case No. 3:25-cv-05952-LK |

[PROPOSED] ORDER
GRANTING STIPULATED MOTION TO STAY
RESPONSIVE PLEADINGS - 1

ANGELINA GILLARD and COLE GILLARD, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

CARENEXA, LLC F/K/A BLACKFLY INVESTMENTS, LLC D/B/A MOLECULAR TESTING LABS; and NTIRETY, INC.,

Defendants.

Case No. 3:25-cv-05971-GJL

Pending before the Court is Defendant NTIRETY, INC.'s Stipulated Motion for Stay of Responsive Pleadings Pending Consolidation. Defendant Ntirety states that the Parties "have agreed to a stay of the time for Defendant Ntirety, Inc. to answer, move or otherwise respond to the operative Complaints pending the consolidation of these matters and the filing of a Consolidated Class Action Complaint." Dkt. 8, 14 (moving to consolidate the above-captioned cases). Defendant Ntirety also states that "Plaintiffs do not oppose this stay."

Defendant Ntirety argues that stay of its "time to answer, move or otherwise respond to the operative Complaints pending consolidation is in the interest of the parties and judicial economy, as all related matters should be litigated together so as to ensure a fair and consistent outcome, and so that only one responsive pleading need be considered and addressed by the Court."

"[T]he power to stay proceedings is incidental to the power inherent in in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936). The Court "may order a stay of the action pursuant to its power to control its docket and calendar and to provide for a just determination of the cases pending before it." *Leyva v. Certified Grocers of Cal., Ltd.*,

[PROPOSED] ORDER
GRANTING STIPULATED MOTION TO STAY
RESPONSIVE PLEADINGS - 2

GORDON REES SCULLY MANSUKHANI LLP
701 Fifth Avenue, Suite 2100
Seattle, Washington 98104
TEL. 206.695.5100

593 F.2d 857, 864 (9th Cir. 1979). In considering whether to grant a stay, courts consider several factors, including:

> the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be excepted to result from a stay.

*CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). Here, it does not appear that any damage, hardship, or inequity will result from the requested stay or that any questions of law will arise as a result. In addition, granting a stay will promote the orderly course of justice and preserve the parties' and the Court's resources.

For the foregoing reasons, the Court **GRANTS** Defendant Ntirety's Stipulated Motion for Stay of Responsive Pleadings Pending Consolidation and **STAYS** the deadline for Defendant Ntirety to file a response to the complaint pending consolidation of the related actions.

Dated this 23rd day of March, 2026.

Lauren King
United States District Judge

*Presented by:*

GORDON REES SCULLY
MANSUKHANI, LLP

By: _s/Sally S. Kim_
    Sally S. Kim, WSBA #35289
    *Attorneys for Defendant Ntirety, Inc.*
    Gordon Rees Scully Mansukhani, LLP
    701 Fifth Avenue, Suite 2100
    Seattle, WA 98104
    Phone: (206) 695-5100
    Email: sallykim@grsm.com

[PROPOSED] ORDER
GRANTING STIPULATED MOTION TO STAY
RESPONSIVE PLEADINGS - 3